1          UNITED STATES DISTRICT COURT
2           DISTRICT OF PUERTO RICO

3   BANK OF NEW YORK,

4        Plaintiff,
                                        Civil No. 05-2315 (JAF)
5        v.

6   EUSEBIA MARTINEZ-AFANADOR,

7        Defendant.

8                          **<u>SCHEDULING ORDER</u>**

9          This is a simple case of foreclosure of mortgage. Under Fed. R.

10   Civ. P. 16, as amended, the court is empowered to schedule and plan

11   the course of litigation in order to achieve a just, speedy, and

12   inexpensive determination of this simple action.  Fed. R. Civ. P. 1;

13   Fed. R. Evid. 102.  In so doing, the court advises litigants that we

14   firmly believe in the interplay of Fed. R. Civ. P. 7, 11, 16, and 26,

15   as amended up to December 1, 2002.

16         Service of process has been perfected and defendant's term to

17   plead or otherwise defend will expire on March 10, 2006. In the event

18   that the defendant fails to plead or otherwise defend as required by

19   law upon expiration of the time for the filing of the responsive

20   pleading, the plaintiff will move for the entry of default and

21   judgment by default or otherwise **not later than March 24, 2006.**  If

22   a responsive pleading is filed by the defendant before then, the

23   plaintiff will immediately request a status conference hearing so

24   that counsel and the court can plan the future course of this simple

Civil No. 05-2315 (JAF)                                        -2-

1    litigation. Open-file discovery will be immediately provided to the

2    defendants.  Said open-file discovery will include every single

3    document which would be used at the trial of the action in order to

4    prove the debt object of collection.  A notice attesting as to the

5    fact that open-file discovery has been provided will be filed

6    forthwith.

7         In the event that a status conference is held, the parties must

8    appear prepared to discuss settlement, and with plans for the payment

9    of the debt or other alternatives to put an end to the litigation.

10        **Failure on the part of the plaintiff to comply with the terms**

11   **and conditions of this order will entail an immediate dismissal for**

12   **lack of diligent prosecution.  Fed. R. Civ. P. 41(b).**

13        **IT IS SO ORDERED.**

14        San Juan, Puerto Rico, this 23rd day of February, 2006.

15                                    S/José Antonio Fusté
16                                    JOSE ANTONIO FUSTE
17                                    U. S. District Judge